NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

IN RE KYOCERA COMMUNICATIONS, INC.
and KYOCERA WIRELESS CORP.,
*Petitioners.*

Miscellaneous Docket No. 950

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in case no. 09-CV-0203, Magistrate Judge John D. Love.

## ON PETITION FOR WRIT OF MANDAMUS

## ORDER

Upon consideration of Fractus, S.A.'s opposed motion for leave to file a surreply,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

NOV 1 5 2010

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc: David C. Doyle, Esq.
    Max L. Tribble, Jr., Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 1 5 2010

JAN HORBALY
CLERK